# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141104

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERNEST HALL,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141104
COA: 295032
Wayne CC: 04-011411

On order of the Court, the application for leave to appeal the March 30, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

s0920